UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 19-cv-02626-SKC

ASHLIE BRICKMAN,

    Plaintiff,

vs.

BONNEVILLE INTERNATIONAL CORPORATION,

    Defendant.

_____

**CONSENT MOTION TO TRANSFER ACTION AND FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**
_____

    With the consent of counsel for Plaintiff Ashlie Brickman ("Plaintiff"), Defendant Bonneville International Corporation ("Bonneville") respectfully moves (1) pursuant to 28 U.S.C. § 1404, to voluntarily transfer this action to the United States District Court for the Western District of Washington, and (2) pursuant to D.C.Colo.LCivR 6.1, to extend the time for Bonneville to answer or otherwise respond to the Complaint from October 28, 2019 to November 26, 2019, and to continue the scheduling conference, currently set for November 21, 2019, to December 19, 2019.   As grounds for this motion, Bonneville states as follows:

    1.    Plaintiff filed this action on September 15, 2019 in this Court.

    2.    On October 3, 2019, the parties stipulated, pursuant to D.C.Colo.LCivR 6.1(a), to extend the time for Bonneville to answer or otherwise respond to Plaintiff's Complaint to October 28, 2019.

3. This action involves a claim of copyright infringement involving the alleged use of Plaintiff's photograph on the website mynorthwest.com, based in Seattle, Washington. The Plaintiff's place of business is in Tacoma, Washington.

4. Bonneville has informed Plaintiff that it believes personal jurisdiction in this Court is lacking and venue in this District is improper, and that, if the case is not transferred, it intends to move to dismiss on those bases. The parties have agreed that instead of engaging in motion practice the case should be voluntarily transferred to the United States District Court for the Western District of Washington.

5. Under 28 U.S.C. § 1404, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any other district or division to which all parties have consented." A court may transfer a case under § 1404 without determining whether it has personal jurisdiction over an action. *See, e.g.*, *The Premier Grp., Inc. v. Bolingbroke*, 2015 U.S. Dist. LEXIS 97645, at *9 (D. Colo. July 27, 2015) (citing *Leroy v. Great W. United Corp.*, 443 U.S. 173, 180-81 (1979)).

6. All parties have consented to this transfer to the district where Plaintiff works and where the report at issue was published.

7. To allow time for the case to be transferred, Bonneville requests that the deadline for it to answer or otherwise respond to the Complaint be extended to November 26, 2019, and the scheduling conference be continued from November 21, 2019 to December 19, 2019.

8. This is Bonneville's second request for an extension of time to answer or otherwise respond to the Complaint. The parties stipulated to a 21-day first extension pursuant

to D.C.Colo.LCivR 6.1(a).  Bonneville has not requested any other extensions of time in this case.

9. Plaintiff's counsel has consented to the requested extension.

10. This motion is not made for the purpose of delay, no party will be prejudiced by the requested transfer, extension of time, and continuance of the scheduling conference and the requested transfer, extension, and continuance will not impact any other deadlines.

WHEREFORE Bonneville respectfully requests, with Plaintiff's consent, that the Court transfer this action to the Western District of Washington, that the deadline for Bonneville to answer or otherwise respond to Plaintiff's Complaint be extended up to and including November 26, 2019, and the scheduling conference currently set for November 21, 2019 be continued to December 19, 2019.

Respectfully submitted,

DATED:  October 22, 2019

*s/ Ashley I. Kissinger*
Ashley I. Kissinger
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, Colorado  80202-5596
Telephone:  303-376-2407
Facsimile:  303-296-3956
kissingera@ballardspahr.com

*Attorneys for Defendant Bonneville International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of October 2019 caused a true and correct copy of the foregoing **CONSENT MOTION TO TRANSFER ACTION AND FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** to be filed with the Court and served through the CM/ECF system, which generates an electronic notice of service by email delivery to all counsel of record.

I further certify that pursuant to D.C.Colo.LCivR 6.1(c) I have caused a true and correct copy of this motion to be contemporaneously served upon my client.

*/s/ Ashley I. Kissinger*
Ashley I. Kissinger